IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PRISONER CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

*DEMANDA POR VIOLACION A DERECHOS CIVILES DE CONFINADO*
*42 U.S.C. § 1983*

Sr. Javier Pérez Sanjurjo
_____
Full name of plaintiff
*Nombre completo del demandante*

25-cv-1457
GMM

v.

Dr. Alejandro L. Pérez Torres
Sra. Damaris Gonzalez Lopez
Sra. Angela Guzman Rondon
_____
Full name(s) of defendant(s)
*nombre completo de(l)(los) demandado(s)*

I.   Previous lawsuits.
     *Pleitos radicados anteriormente.*

   A.   Have you brought other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        *¿Ha iniciado usted otros pleitos en los tribunales estatales o federales que tengan que ver con los mismos hechos de la presente acción o que se relacionen con su reclusión?*

        (  )   Yes *(Si)*                              ( ✓ )   No

   B.   If your answer to "A" is yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        *Si la contestación a la pregunta "A" es en la afirmativa, describa el pleito en el espacio siguiente. De existir más de un pleito, descríbalos en otro papel*

*utilizando el mismo modelo.*

1. Parties to the previous lawsuit.
   *Partes en el pleito anterior.*

   Plaintiff(s)
   *Demandante(s)* _____

   

   Defendant(s)
   *Demandado(s)* _____

2. Court. If federal court, name the district, if state court, name the county or part.

   *Tribunal. Si es un tribunal federal, indique el distrito, si es un tribunal estatal, indique el condado o sala.*

   _____

3. Docket number.
   *Número asignado.* _____

4. Name of judge to whom the case is assigned.
   *Nombre del juez a quien se le asignó el caso.*

   _____

5. Disposition. For example: Was the case dismissed? Was it appealed? Is it still pending?

   *Disposición. Por ejemplo: ¿Se desestimó el caso? ¿Se apeló? ¿Se encuentra aún pendiente?*

   _____

6. Approximate date of filing lawsuit.
   *Fecha aproximada en que radicó el pleito.*

   _____

7. Approximate date of disposition.
   *Fecha aproximada en que se resolvió el pleito.*

   _____N/A_____

II. Place of confinement.
    *Lugar actual de reclusión.*

   A. Is there a prisoner's grievance procedure in the institution?
      *¿Existe un procedimiento de quejas y agravios para los confinados en la institución?*

      (✓) Yes *(Sí)*          ( ) No

   B. Did you present the facts related to your complaint in the state prisoner's grievance procedure?
      *¿Presentó usted los hechos de su querella bajo el procedimiento de quejas y agravios para confinados?*

      (✓) Yes *(Sí)*          ( ) No

   C. If your answer is yes,
      *Si su contestación es afirmativa,*

      1. What steps did you take?
         *¿Qué medidas tomó usted?*

         Llene la solicitudes admistrativa y las mismas la desestimaron

      2. What was the result?
         *¿Cuál fue el resultado?*

         desestimacion

   D. If your answer is No, explain why not.
      *Si su contestación es No, explique porqué.*

      _____N/A_____

42:1983                                    -3-

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
*Si no existe un procedimiento de quejas y agravios en la institución, ¿se quejó usted con las autoridades de la institución?*

(✓) Yes *(Sí)*        ( ) No

F. If your answer is Yes,
*Si su contestación es en la afirmativa,*

1. What steps did you take?
*¿Qué medidas tomó usted?*

Le conté de la situacio al Superintendente Sr. Victor Torres Rodriguez

2. What was the result?
*¿Cuál fue el resultado?*

desestimado

III. Parties.
*Partes.*

In item A below, write your name in the first blank and write your present address in the second blank. Do the same for additional parties, if any, using the reverse side if necessary.

*Bajo la letra A, escriba su nombre en la primera línea y su dirección actual en la segunda línea. Si hay demandantes adicionales, provea la misma información utilizando el dorso si es necesario.*

A. Name of plaintiff
*Nombre del demandante*   Sr. Javier Perez Sanjulio

Address
*Dirección*   Inst. Ponce 1000 Adulto Edific. 3N #202 Ponce By Pass 3699/ Ponce P.R. 00728-1504

42:1983                    -4-

In item B below, write the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the name, position and place of employment of any additional defendant.

*Bajo la letra B, escriba en la primera línea el nombre completo del demandado, en la sgunda línea escriba el puesto que ocupa y en la tercera línea escriba el lugar donde está empleado. Utilice el apartado C para escribir el nombre, puesto y lugar de empleo de otro demandado.*

B. Defendant
   *Demandado*           Dr. Alejandro L. Pérez Torres / Lic. #35431

   is employed as
   *está empleado como*  Oftalmólogo - Administración de Servicios Médicos de Puerto Rico.

   at
   *en*                  P.O Box 2129 / San Juan P.R. 00922-2129

IV. Statement of Claim.
    *Relación de Hechos.*

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates or statutes. Do not give any legal arguments or cite any cases or statutes. If you intend to allged a number of related claims, number and set forth each claim in a separate paragraph. Attach an extra sheet if necessary.

*Escriba brevemente los hechos del caso. Describa la participación de cada uno de los demandados. Incluya también los nombres de otras personas que tuvieron participación, las fechas y los estatutos. No presente argumentos legales ni cite precedentes ni estatutos. Si usted quiere presentar varias reclamaciones, enumérelas y hágalo en párrafos por separado. Puede utilizar otra hoja de papel si lo considera necesario.*

I. El día 5 de Octubre de 2023, Tuve una cita en Centro Médico de Río Piedras donde me atendió la enfermera Sra. Damaris González López. Lic. #89645 BSN y me tomó los vitales, luego me atendió la Sra. Angela Guzmán Rondón que me tomó la presión de los ojos con una maquinita la cual me perforó ambos ojos. Luego me atendió el Oftalmólogo Dr. Alejandro J. Pérez Torres al cual me revisó los ojos y con una visera que trasmite o emite rayos ultravioleta

42:1983                    -5-

y con una hipa que de seguir las agresiones por la maquinita de tomar la presión de los ojos.

Y antes de marcharme le pedí al Dr. que si era posible de limpiarme los ojos. el mismo tomó unos Q-tips y me los froto en ambos ojos de mala fe, cruel y dolorosamente.

II Luego al llegar a mi vivienda en la Insti. Ponce 1000 Adultos hacia el Edificio 3P. Celda # 105. tomé una Biblia o Nuevo Testamento de letras pequeñas la cual acostumbraba leer antes de la cita medica. Me percaté que las letras no las veía y que actualmente no veo.

V.    Request for Relief.
*Solicitud de Remedio.*

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*Indique brevemente lo que usted espera que el tribunal haga por usted. No escriba argumentos legales ni cite precedentes ni estatutos.*

Por lo que respetuosamente se solicita de este Tribunal se sirva dictar sentencia y declare con lugar y condene a los demandado a satisfacer una indemnizacion por los daños y perjuicios

I declare under penalty of perjury that the foregoing is true and correct.
*Declaro bajo pena de perjurio que lo anterior es cierto y correcto.*

Signed this __21__ day of __Agosto__ of __2025__.
           (día)          (mes)        (año)

Plaintiff's signature
*Firma del demandante*